No. 98–1100. FLOWERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1102. DEBOSE *v.* SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 98–1105. GIESBERG *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–1107. SALERY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1118. TESTA *v.* GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–1129. SANK *v.* NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–1132. IVANKOV *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–1134. RODRIGUEZ *v.* DALEY, SECRETARY OF COMMERCE. C. A. 4th Cir. Certiorari denied.

No. 98–1142. VAN ZANDT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–1144. ROCKY MOUNTAIN RADAR, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 98–1158. JELKS *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 98–1168. BROZYNA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–1171. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–1175. DACCARET-GHIA ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–1177. HEILBRUNN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.